Failla, K.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __08/09/2013__

CARLOS OTERO & DANIEL OTERO,

**STIPULATION AND
ORDER OF DISMISSAL**

Plaintiff,

-against-

13CV0454 (KPF)

CITY OF NEW YORK, et al.,

Defendants.

----------------------------------------------------------------- x

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

Dated: July 17, 2013

Stoll, Glickman & Bellina
*Attorneys for Plaintiffs*
475 Atlantic Avenue
Brooklyn, NY 11217
718-852-3586

By: _____
    Nicholas Mindicino
    *Attorney for Plaintiffs*

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
*Attorney for Defendants*
100 Church Street, Rm. 3-183
New York, New York 10007

By: _____
    Liza Sohn
    *Assistant Corporation Counsel*

SO ORDERED:

_____
HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
    __August 9__, 2013